**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                                      FAX (212) 964-2926

June 1, 2022

Hon. P. Kevin Castel
United States District Court
500 Pearl Street
New York, N.Y. 10007

**Re: United States v. Isaiah Burke**
17 Cr. 656 (PKC)

Your Honor

     I write to request an adjournment of the VOSR conference in the above case, which is currently scheduled for June 7, 2022. Mr. Burke's case in the Bronx was adjourned to the same date and cannot be rescheduled. Therefore, I request that the Court adjourn the conference in this matter to June 29, 2022 at 11:00, which is convenient for the Court and all parties. Mr. Burke remains in the inpatient drug treatment facility recommended by probation.
     The government, by Robert Sobleman. Esq., and probation by Officer Giovanni Foderingham, consent to this request.

                                                 Respectfully,

                                                 *Lisa Scolari*
                                                 Lisa Scolari

SO ORDERED:

_____
HON. P. KEVIN CASTEL
              6/1/2022